UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NIKA KVIRKVELIIA,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

No. 26-4066

Agency No. A249-138-195

ORDER

The motion (Docket Entry No. 11) for an extension of time to file the certified administrative record and the response to the motion for a stay of removal is granted.

The certified administrative record is due September 3, 2026. The response to the motion for a stay of removal is due September 24, 2026.

Briefing is stayed pending resolution of the motion for appointment of counsel. *See* 9th Cir. R. 27-11.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT